IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'25 NOV 7 PM2:41

Seth Moses

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Department of Labor    International Bureau of Investigation
Department of Justice    Department of Health
Russell L. Margolis    See attached

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. BAH 2 5 CV 0 3 6 6 8

_(to be filled in by the Clerk's Office)_

Jury Trial:    ☐ Yes    ☐ No
_(check one)_

HD
Rcv'd by: AYL

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Seth Moses

Street Address — 611 Dunwich Way

City and County — Essex,

State and Zip Code — Maryland 21221

Telephone Number — 443-630 9470

E-mail Address — Seth moses.ace@ live.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — Department of Labor

Job or Title
(if known) —

Street Address — 200 Constitution Ave NW

City and County — Washington DC

State and Zip Code — Maryland 20210

Telephone Number — +1 866 487 2365

E-mail Address
(if known) —

2

Defendant No. 2

Name — Department of Justice

Job or Title
(if known)

Street Address — 810 Seventh St NW

City and County — Washington, DC

State and Zip Code — Maryland. 20001

Telephone Number — +1 202 514 2000

E-mail Address
(if known)

Defendant No. 3

Name — Russell L Margolis

Job or Title
(if known)

Street Address — 600 North Wolfe Street

City and County — Baltimore city. Baltimore

State and Zip Code — Maryland 21287

Telephone Number — 410-955-5212

E-mail Address
(if known)

Defendant No. 4

Name — International Bureau of Investigation

Job or Title
(if known)

Street Address — 935 Pennsylvania Avenue

City and County

State and Zip Code — NW Washington DC

Telephone Number — (202)-324-2000

E-mail Address
(if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

Microsoft Corporation.        (if known) Defendant No. 5 Name
_____ Job or Title
One Microsoft Way  _____ (if known) Street Address
Redmond , King _____ City and County
Washington  98052 _____ State and Zip Code
+1 425-882-8080 _____ Telephone Number
_____ E

Apple Inc. _____ (if known) Defendant No. 6 Name
_____ Job or Title
One Apple Park Way _____ (if known) Street Address
Cupertino , Santa Clara _____ City and County
California  95014 _____ State and Zip Code
+1 408 -996-1010 _____ Telephone Number
_____ E

Alphabet Inc. _____ (if known) Defendant No. 7 Name
_____ Job or Title
1600 Amphitheatre Parkway ___ (if known) Street Address
Mountain View, Santa Clara ___ City and County
California 94043 _____ State and Zip Code
+1 650 253-0000 _____ Telephone Number
_____ E

Meta Platforms, Inc. _____ (if known) Defendant No. 8 Name
_____ Job or Title
1 Hacker Way _____ (if known) Street Address
Menlo Park, San Mateo _____ City and County
California  94025 _____ State and Zip Code
_____ Telephone Number
_____ E

FedEx Corporation _____ (if known) Defendant No. 9 Name
_____ Job or Title
942 South Shady Grove Road ___ (if known) Street Address
Memphis , _____ City and County
Tennessee  38120 _____ State and Zip Code
+1 901 818 -7200 _____ Telephone Number
_____ E

Airbnb Inc _____ (if known) Defendant No. 10 Name
_____ Job or Title
888 Brannan Street _____ (if known) Street Address
San Francisco city, San Francisco County City and County
California 94103 _____ State and Zip Code
+1 855-424-7262 _____ Telephone Number
_____ E

Walmart Inc. _____ (if known) Defendant No. 11 Name
_____ Job or Title
702 SW 8th Street _____ (if known) Street Address
Bentonville, Benton County City and County
Arkansas _____ State and Zip Code
+1 800-925-6278 _____ Telephone Number
_____ E

CCBC Essex _____ (if known) Defendant No. 12 Name
_____ Job or Title
7201 Rossville Boulevard _____ (if known) Street Address
Essex, Baltimore City and County
Maryland 21221 _____ State and Zip Code
443-840-2222 _____ Telephone Number
_____ E

Bank of America Corporate Center (if known) Defendant No. 13 Name
_____ Job or Title
100 North Tryon Street _____ (if known) Street Address
Charlotte, Mecklenburg County City and County
North Carolina 28255 _____ State and Zip Code
_____ Telephone Number
_____ E

Internal Revenue Service _____ (if known) Defendant No. 14 Name
_____ Job or Title
1111 Constitution Ave, Northwest _____ (if known) Street Address
Washington _____ City and County
Maryland   20224 _____ State and Zip Code
+1. 800-829-4933 _____ Telephone Number
_____ E

Aylo _____ (if known) Defendant No. 15 Name
_____ Job or Title
616 Grand Rule _____ (if known) Street Address
Luxembourg City _____ City and County
Luxembourg   L-1660 _____ State and Zip Code
+352 20880 900 _____ Telephone Number
_____ E

In FIFA _____ (if known) Defendant No. 16 Name
_____ Job or Title
FIFA-Strasse 20 _____ (if known) Street Address
Zurich _____ City and County
Switzerland _____ State and Zip Code
+41(0) 43 222 7777 _____ Telephone Number
_____ E

| | |
|---|---|
| Emily Lutz | Name |
| Waitress/Host | Job/Title |
| 650 S Exeter St Unit 1095 | Street Address |
| Baltimore City, Baltimore | City and County |
| Maryland    21202 | State and Zip Code |
| N/A | Telephone |

| | |
|---|---|
| U.S Soccer Federation (USSF) | Name |
| US. Soccer Legal Body | Job/Title |
| 400 Veterans Parkway | Street Address |
| Fayetteville, Fayette County | City and County |
| Georgia    30214 | State and Zip Code |
| +1 312-808-1300 | Telephone |

| | |
|---|---|
| T-Mobile US, Inc. | Name |
| American Wireless Network | Job/Title |
| 12920 SE 38th St Bellevue | Street Address |
| Bellevue, King County Washington | City and County |
| Washington 98006 | State and Zip Code |
| N/A | Telephone |

| | |
|---|---|
| Match Group, Inc. | Name |
| American Internet and Technology Company | Job/Title |
| 8750 North Central Expressway 75231 | Street Address |
| Dallas, Dallas County | City and County |

Texas 75231                                    State and Zip

+1 214 5769352                                 Telephone


Discord Inc.                                   Name

Instant Messaging and VoIP social platform     Job/ Title

444 De Haro Street, Suite 200                  Street Address

San Francisco, CA                              City and County

California 94107                               State and Zip

N/A                                            Telephone


World Intellectual Property                    Name

United Nations Specialized Agency              Job/ Title

Chemin des Colombettes 34                      Street Address

Geneva 20   CH-1211                            City and County

Switzerland                                    State and Zip

+41 223389111                                  Telephone


Space Exploration Technologies Corp.           Name

Private American Aerospace company             Job/Title

Starbase Texas at 1 Rocket Road                Street Address

Hawthorne, Shelby County                       City and County

Texas, 90250                                   State and Zip

N/A                                            Telephone

Ürümchi #2429012 | Name

Microsoft / Activision/ Console/PC | Job/Title

N/A | Street Address

N/A | City and County

N/A | State and Zip

N/A | Telephone


OFF-SLIME | Name

PlayStation / Activision / Console / PC | Job/Title

N/A | Street Address

N/A | City and County

N/A | State and Zip

N/A | Telephone


Mrs. Ruck | Name

Activision / Console / PC/ Warzone | Job/Title

N/A | Street Address

N/A | City and county

N/A | State and Zip

N/A | Telephone


StoneMountain64 | Name

Activision / Console / PC / Warzone | Job/ Title

N/A | Street Address

N/A | City and County

| | |
|---|---|
| N/A | State and Zip |
| N/A | Telephone |

| | |
|---|---|
| Koons White Marsh | Name |
| Automotive retailer | Job/Title |
| 10207 Philadelphia rd | Street address |
| White Marsh, Baltimore County | City and County |
| Maryland 21221 | State and Zip |
| 410-896-1195 | Telephone |

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RICO Act

Privacy Act of 1974

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Seth Moses , is a citizen of the State of *(name)* Maryland .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

———

RICO ACT

U.S PRIVACY OF 1974

GENERAL DATA PROTECTION REGULATION – EU

THE FIRST AMENDEMENT

FUNDEMENTAL RIGHT TO SELF DEFEND

THIRD AMENDEMENT

FOURTH AMENDMENT

FIFTH AMENDMENT

EIGHT AMENDEMENT

NINTH AMENDEMENT

TENTH AMENDEMENT

ELEVENTH AMENDMENT

42 U.S CODE 1983

AMERICANS WITH DISABILITY ACT

NEURAL DATA PRIVACY

UN HUMAN RIGHTS COUNCIL ACT

CALIFORNIA PENAL CODE 401

INVOLUNTARY MANSLAUGHTER

18 U.S CODE 241

FOURTEENTH AMENDMENT

UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE 3

UN CONVENTION AGAINST TORTURE

EUROPEAN CONVENTION ON HUMAN RIGHT S ARTICLE 2

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS 18 U.S PENAL CODE 2261 A

18 U.S CODE 242

CALIFORNIA PENAL CODE 653.2 18 US CODE 373 TITLES VII OF THE CIVIL RIGHTS ACT OF 1964

U.S. 45 CFR 46 (Common Rule) on human research ethics____

CIVIL RIGHTS ACT 1964

42 USC 1983

35 USC 271-285

Electronic Communications Privacy Act, 18 U.S.C. §§ 2510–2520

False Imprisonment

`18 USC 2331

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* __Pam Bondi__, is a citizen of the State of *(name)* __Maryland__. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* __Microsoft Corporation__, is incorporated under the laws of the State of *(name)* __Washington__, and has its principal place of business in the State of *(name)* __Washington__. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__100 Dicilion    by negotionable terms Sleting transferable agreements__

5

**III. Statement of Claim**

Unlawfully and constitutionally terrorized by unknown surveillance with mind and neural tampering to exploit, extort and coerce through organized crime to result in capital murder by capital infringement.

Second offence pertains to capital rape in a result of unlawful acts in quantum computing through the virtual realm on a gaming console playing Call Of Duty Warzone.

Third Offence pertains to defamation of character based on "capitol infringement".

**IV. Relief**

Permanent damages that hinder the Longevity of my life expectancy and my family name curtailing to my offspring caused by punitive damages to the mental membrane and possible surrogation. In suffering to extensive nights and sleepless depression to compensate with coping emotions in habitual acts that overcompensate my daily habits of moderation.  Continuing damages has lead to suffering in anatomical and mental functioning by acute and chronic deficiencies. Substantially by the current law offences that has occurred has risked my freedom and therefore I'm demanding sovereignty, capital ownership in land and a oasis, a super computer, a patent for my mind, golden visas, backpay on all interest, fees and penalties as well as the funding required to offset my mothers home for being furloughed.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/07 , 2025.

Signature of Plaintiff

Printed Name of Plaintiff    Seth Moses

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

8